# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Virginia B. Jeffcoat ) *Plaintiff* ) v. ) Commissioner of Social Security Administration ) *Defendant* ) | Civil Action No. 6:09-cv-123-HMH-WMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ORDERED that the Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr.

Date: May 17, 2010

*CLERK OF COURT*

s/Ashley Stewart, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*